**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 01 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CASE NO. 4:15-CV-549 JLH/JTR

Jury Trial: ☐ Yes ☑ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: James H. Capps
ADC # 119812

Address: 1600 East Booth Rd. Searcy, AR 72143

Name of plaintiff: _____
ADC # _____

This case assigned to District Judge Holmes
and to Magistrate Judge Ray

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: White Co. Detention Center Etc. All
Position: the Jail it's self
Place of employment: White Co. Detention Center
Address: 1600 East Booth Rd. Searcy, AR 72143
Name of defendant: Ricky Shourd
Position: Sheriff

-4-

Name of defendant: Beckey McCollum
Position: medical staff officer
Place of employment: White Co. Detention Center
Address: 1600 East Booth Rd. Searcy, AR 72143

Name of defendant: Misty Jones
Position: Lt.
Place of employment: White Co. Detention Center
Address: 1600 East Booth Rd. Searcy, AR 72143

Name of defendant: Brandon Grimes
Position: Lt.
Place of employment: White Co. Detention Center
Address: 1600 East Booth Rd. Searcy, AR 72143

Name of defendant: Clayton Edwards
Position: ~~Capt.~~ Major
Place of employment: White Co. Detention Center
Address: 1600 East Booth Rd. Searcy, AR 72143

Name of defendant: Nurse Brook
Position: AM Head Nurse
Place of employment: Advanced correctional Health care
Address: 1600 East Booth Rd Searcy AR 72143

Name of defendant:
Position:
Place of employment:
Address:

Name of defendant:
Position:
Place of employment:
Address:

Name of defendant:
Position:
Place of employment:
Address:

- 2 of 4 -

Place of employment: White Co. Detention Center. Etc. All

Address: 1600 EAST Booth Rd. Searcy, AR 72143

Name of defendant: Advanced correctional Health care

Position: White Co. Detention Center Medical care Service

Place of employment: White Co. Detention Center.

Address: 1600 East Booth Rd Searcy, AR 72143

Name of defendant: Dr. Auther Bentley

Position: Doctor

Place of employment: White Co. Detention Center

Address: 1600 East Booth Rd Searcy, AR 72143

II.  Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III.  Previous lawsuits

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ✓

B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

  ☐  Court (if federal court, name the district; if state court, name the county):

    _____

  ☐  Docket Number: _____

  ☐  Name of judge to whom case was assigned: _____

  ☐  Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

  ☐  Approximate date of filing lawsuit: _____

  ☐  Approximate date of disposition: _____

IV. Place of present confinement: _____

_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
   explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

 A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

   Yes ✓  No ____

 B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ___

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I'm in the White Co. Detention Center and Cant get the medical staff to do anything I'm 85% Burned on upper Body and 90% or So of my skin on my lower Body is $ Doner Sights. "Claim 1"
I also have a Hurnia that needs Sugary and White Co. Detention Center Nore there Medical Staff will not treat me for this. "Claim 2"
I'm in pain because of this Hurnia and the White Co. Detention Center and there Medical staff has only Gave me pain medication for 3 Day. "Claim 3"
Also medical wont even see me over me loseing weight "Claim 4"

-7-

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A Just and fair Rualing of this Case. and help make this better liveing condition's for us.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 22 day of August, 20 15.

James H. Capps
Signature(s) of plaintiff(s)