Case 4:15-cv-00549-JLH   Document 5   Filed 09/17/15   Page 1 of 3

1 of 2
4:15-CV-549

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 17 2015
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

monday
9-14-15

OK, on my "Burns"; They Denied me "Medical Medicated lotion" for my "Burns" Skin grafts on my uper Body witch has been 85% Burned. and also on my lower Body were my "Doner Sights" are, that's the Skin they cut off to use to fix my upper Body witch is 90% or So. I dont know the excated % of my lower Body. and I dont have my medical Records from Memphis TN. yet. To be Exsact.

"Hernia"; one time they gave me tylenol for 3 Days for the pain of of it. they have denied me Sergery on this Several times along with dening me Something for pain for this also Several times.

"Excessive Weight Loss"; I've asked for a High protean Diet Because I've lost So much weight in this Jail sence I've been here and they wood The Doctor would not see me about this. the last time I weighted I was 163 and my average weight is 180. And I requested this until I got my weight Back. and I Just gave up on the weight, Because my Burns & Hernia is way more important.

"Burns"; I've not Received any medical care at all for this. upon filling this Claim, I've put several Sick calls and Grevence on this matter.

"Hernia"; I've Received medical care with Tylenol for 3 Days only and I've put in a Bunch of sick calls on this & Grevence.

"Excessive Weight Loss"; I've not even seen a Doctor about this matter.

"Shourd and Edward's;" not seeing Grevence prossess implimented properly & funtioning.

"Jones and Grimes"; Not investigating there Grevence Just putting (saying) See previous related request Responce and not looking into the matter. Also "McCollum", has done the same.

"Brook and Bentley"; after seeing my skingrafts still denicing medicated Lotion. and not useing there proffesional states propertey, to see I got Medicated lotion

<u>Advanced Corrective Healthcare</u>; Not evaluating the performance or supervising their work at this facility.
<u>I'm in Jail</u> on a Parole Violation Serving a 6 mo. Parole Violation
<u>DEFENDANTS</u> ONLY IN THEIR OFFICIAL CAPACITIES FOR NOT FOLLOWIN PROCEDURES IN A PROFFESIONAL MANNER TO RESOLVE THIS ISSUE IN A TIMELY MANNER. WITH THE LEAST AMOUNT OF SUFFERING.

I'm trying the Best I can ~~to~~ remember. I've put in Request ~~and~~ to get copy's of All my Regular Request, Medical sick call Request and Copy's of All my Grevence's and they have not got them for me yet and I've stated to them I doing my own "Suit" that I need this information and that ~~I's got~~ I've got to have the Information yall asked for With in yalls time limit. Because of this I've done the Best I can with the information yall have asked for.

Also can yall send me a copy of my Constitutional Rights and any outher information that will guied me through this prosess I've got "Dislexea" and Some times I have a hard time understanding things

Thank you so much for your time and understanding
Bless you.

James H. Capps