**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JAMES H. CAPPS,                                                                                               PLAINTIFF
ADC #119812

v.                                              No. 4:15CV00549 JLH/JTR

WHITE COUNTY DETENTION CENTER, *et al.*                                           DEFENDANTS

**ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Capps may proceed with his inadequate medical care claim against Jones, McCollum, Grimes, Brook, and Bentley in their individual capacities only.

2. The Clerk is directed to prepare a summons for Jones, McCollum, Grimes, Brook, and Bentley. The U.S. Marshal is directed to serve the summons, complaint, amended complaint, and this Order on them without prepayment of fees and costs or security therefor. If any of the defendants are no longer White County employees, the individual responding to service must file, with the unexecuted summons, a **sealed** statement providing the unserved defendant's last known private mailing address.

3. All other defendants and claims are dismissed without prejudice for failing to state a claim upon which relief may be granted.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 29th day of October, 2015.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE